## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>HELMER OSMIN GUTIERREZ,<br>a/k/a Helmar Osmin Gutierrez, Helmer Benitez, Jason Lopez, and Elmer Osmin Gutierrez Benitez | Criminal No. 1:25-cr-00175-JAW |

## PROSECUTION VERSION

On October 18, 2025, at approximately 4:09 pm, Houlton Sector Radio contacted Rangeley Border Patrol Station and informed the station that that Farmington, Maine Police Department Sergeant Jonathan Parker had stopped a vehicle and was requesting help identifying four subjects therein. Agent David Hathaway was dispatched to Sergeant Parker's location.

While enroute, Agent Hathaway was notified by his supervisor that Border Patrol records checks revealed that two of the four subjects had legal status in the United States, but that the other two subjects - including GUTIERREZ - did not have legal status to be present in the United States.

When Agent Hathaway arrived on scene, he learned from Sergeant Parker that he had stopped the vehicle for speeding. Hathaway further learned that one of the back seat passengers had identified himself as GUTIERREZ. During a roadside immigration inspection, GUTIERREZ admitted that he was a citizen of El Salvador, and he was in the country illegally. Agent Hathaway transported GUTIERREZ and one other passenger back to the Rangeley Border Patrol Station for processing.

During processing, GUTIERREZ's fingerprints were digitally taken and they linked to Border Patrol records confirming his identity and confirming that he had been deported

on May 10, 2008 from Miami, Florida and again on May 26, 2010 from Chandler, Arizona. During a Mirandized interview, GUTIERREZ admitted that he had been previously removed from the United States and had not applied for permission to return.

If this case had proceeded to trial, the government would have presented the testimony of the Border Patrol Agent who pulled over the van in which the defendant was a passenger. In addition, the government would have presented immigration records indicating that the defendant had previously been removed from the United States and had no legal status in the United States on the day he was apprehended.

Date: January 6, 2026                                  Respectfully submitted,

ANDREW B. BENSON
United States Attorney


BY: */s/ Joel B. Casey*
Joel B. Casey
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Room 111
Bangor, ME  04401
(207) 945-0373
Joel.casey@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2026, I filed the Prosecution Version of the Offense with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Kaylee Folster, Esq.
Counsel for the Defendant

                              ANDREW B. BENSON
                              United States Attorney

                              BY: ***/s/ Joel B. Casey***
                              Joel B. Casey
                              Assistant United States Attorney
                              United States Attorney's Office
                              202 Harlow Street, Room 111
                              Bangor, ME  04401
                              (207) 945-0373
                              Joel.casey@usdoj.gov